UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB -5 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Franklin L. Williams, )
)
    Petitioner, )
)
v. ) Civil Action No. 17-2859 (UNA)
)
)
United States of America *et al.*, )
)
    Respondents. )

## MEMORANDUM OPINION

Petitioner, appearing *pro se*, is incarcerated at the Jesup Federal Correctional Institution in Georgia. He has filed a motion under 28 U.S.C. § 2255 to vacate his conviction (and/or sentence) entered in the United States District Court for the Southern of Georgia. Mot. ¶ 1 [Dkt. # 1]. As petitioner well knows, this Court lacks jurisdiction to entertain this action. *See Williams v. United States*, No. 17-cv-2059-UNA, Mem. Op. at 2 (D.D.C. Nov. 9, 2017) (noting from the complaint's exhibit that "Petitioner has been denied relief under § 2255 many times over" in the Southern District of Georgia, and "has absolutely no recourse in this court"). A separate order of dismissal accompanies this Memorandum Opinion.

Date: February 1, 2018

                                                    United States District Judge